Michael Lehners, Esq.
NV Bar No.: 3331
429 Marsh Avenue
Reno, NV 89509
Email: michaellehners@yahoo.com
(775) 786-1695
Attorney for Defendants.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

| | |
|---|---|
| IN RE: | CASE NO.: 14-50333-BTB |
| | CASE NO.: 14-50331-BTB |
| ANTHONY THOMAS, and | (Chapter 7) |
| WENDY THOMAS, | |
| | [lead case jointly administered] |
| AT EMERALD, LLC, | |
| | |
| Debtors. | |
| _____/ | ADV. NO.: 14-5067-BTB |
| JOHN BEACH as Trustee of the Beach Living Trust Dated January 22, 1999 | |
| | |
| Plaintiffs. | |
| | |
| vs. | |
| | |
| ANTHONY THOMAS, and | HRG. DATE: _____ |
| WENDI THOMAS, | AND TIME: _____ |
| | |
| Defendants. | |
| _____/ | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW, MICHAEL LEHNERS, ESQ., attorney of record for the Defendants, ANTHONY and WENDI THOMAS, and hereby moves this Honorable Court for an order permitting him to withdraw as attorney of record for the Defendants.

This request for withdrawal is based upon the following memorandum of points and authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

There has been no judgment or final determination in the above-entitled case. Rule 46 of the Nevada Supreme Court Rules, Withdrawal or Change of Attorney, states in pertinent part:

> "The attorney in an action or special proceeding may be changed at any time before a judgment or final determination as follows:
>
> (1) Upon consent of attorney, approved by client;
>
> (2) Upon the order of the court or judge thereof on the application of the attorney of the client;
>
> (3) After judgment or final determination, an attorney may withdraw as attorney of record any time upon the attorney' filing of withdrawal, with or without the client's consent."

C.E.B. California procedure before trial, section 81, page 53, states in pertinent part:

> "Care should be taken to recite only a minimum of necessary detail as to the difference existing between attorney and client so that the client will not be unduly prejudice by a statement spread on the record. The court should be liberal in granting the motion because of the highly confidential relationship that must exist between attorney and client to successfully prosecute or defend a case."

Counsel was retained by the Defendants for very limited purpose and these services have been completed, except for to prepared and file an Answer to the Amended Complaint once same is filed by the Plaintiff. The Defendants have not retained Counsel for any additional service and Counsel needs to

withdraw in this matter.  Counsel has already advised the court he would be withdrawing.

WHEREFORE, Movant requests this Court to enter an order permitting him to withdraw as attorney for record for Defendants.

DATED this ____ day of June, 2015.

_____
MICHAEL LEHNERS, ESQ.
Attorney for Defendants.

## AFFIDAVIT OF MICHAEL LEHNERS

STATE OF NEVADA       )
                      ) ss.
COUNTY OF WASHOE      )

I, MICHAEL LEHNERS, do hereby swear under penalty of perjury that the assertions of this affidavit are true.

1. That affiant is an attorney licensed to practice law in all the Courts of the State of Nevada.

2. That affiant was retained by Defendants to assist them in the pending adversary matter on a very limited basis.

3. Counsel has completed all the work that he was retained for, except for to prepared and file an Answer to the Amended Complaint once same is filed by the Plaintiff. Counsel will complete this task as soon as soon as the Amended Complaint is filed. Despite this final task, it is now necessary for him to withdraw as he is no longer retained. Counsel has further advised the court that he would be filing the pending motion.

MICHAEL LEHNERS

SUBSCRIBED and SWORN to before me
this 4 day of June, 2015.

NOTARY PUBLIC



DOLORES STIGALL
Notary Public - State of Nevada
Appointment Recorded in Washoe Co...
No: 93-0540-2 - Expires May 14,