_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
April 13, 2017
_____

Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
5441 Kietzke, Lane, 2nd Floor
Reno, Nevada 89511
Tel:  (775) 327-3000
Fax: (702) 786-6179
Email: ECFlukast@hollandhart.com

*Attorneys for John Beach, Trustee of the
Beach Living Trust dated January 22, 1999*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>Debtors. | Case No.:   BK-14-50333-btb<br>Chapter:      7<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-14-50331-btb<br>Chapter:      7 |
| JOHN BEACH, AS TRUSTEE OF THE BEACH LIVING TRUST DATED JANUARY 22, 1999,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY THOMAS<br><br>Defendants. | **Adv. No. 14-5067-btb**<br><br>**FINAL JUDGMENT** |

On February 21, 2017, this Court entered its *Order Granting in part and Denying in part*

9698046_1

*Plaintiff's Motion for Summary Judgment (ECF No. 34)* (the "Summary Judgment Order"). Based on the Summary Judgment Order, and this Court's order dismissing Defendant Wendi Thomas ("W. Thomas"), which are incorporated herein by reference:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff **JOHN BEACH, AS TRUSTEE OF THE BEACH LIVING TRUST DATED JANUARY 22, 1999** ("Beach") and against Defendant **ANTHONY THOMAS** ("A. Thomas") in that A. Thomas is not entitled to a discharge of the debt owed to Beach in the amount of $544,416.93 as of March 4, 2014, the date that A. Thomas filed the voluntary chapter 7 bankruptcy petition in Case No. 14-50333.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that A. Thomas is not entitled a discharge of the owed to Beach in the amount of $544,416.93 as of March 4, 2014, pursuant to 11. U.S.C. § 523(a)(2)(A).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that A. Thomas is not entitled a discharge of the owed to Beach in the amount of $544,416.93 as of March 4, 2014, as it resulted from fraud.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that A. Thomas is not entitled a discharge of debts owed as of March 4, 2014, pursuant to 11. U.S.C. § 727(a)(4)(A).

# # #

9698046_1