Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
5441 Kietzke, Lane, 2nd Floor
Reno, Nevada 89511
Tel: (775) 327-3000
Fax: (702) 786-6179
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the Beach Living Trust dated January 22, 1999*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>Debtors. | Case No.: BK-14-50333-gs<br>Chapter: 7<br><br>[Lead Case – Jointly Administered]<br><br>Case No.: BK-14-50331-gs<br>Chapter: 7 |
| JOHN BEACH, AS TRUSTEE OF THE BEACH LIVING TRUST DATED JANUARY 22, 1999,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY THOMAS,<br><br>Defendant. | **Adv. No. 14-5067-gs**<br><br>**STIPULATION TO DISMISS** |

John Beach, as Trustee of the Beach Living Trust dated January 22, 1999 ("Plaintiff" or "Beach"), by and through his attorneys of the law firm of Holland & Hart LLP, and Anthony Thomas ("Thomas"), hereby stipulate and agree as follows:

. . .

. . .

. . .

. . .

13113328_1

1. Pursuant to FRBP 7041 and FRCP 41(a)(1)(A)(ii), that all claims in the above-entitled action be dismissed without prejudice with each party bearing its own attorneys' fees and costs.

Dated this 14th day of June 2019.                    Dated this 14th day of June 2019.

/s/ Joseph G. Went, Esq.                              *[signature: Tony Thomas]*
_____            _____
Timothy A. Lukas, Esq.                                Anthony Thomas
Joseph G. Went, Esq.                                  7725 Peavine Peak Court
Holland & Hart LLP                                    Reno, NV 89523
5441 Kietzke, Lane, Second Floor
Reno, Nevada 89511                                    *Pro Se Defendant*
*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

Page 2 of 3

13113328_1