_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
June 17, 2019

Timothy A. Lukas, Esq.
Nevada Bar No. 4678
Joseph G. Went, Esq.
Nevada Bar No. 9220
HOLLAND & HART LLP
5441 Kietzke, Lane, 2nd Floor
Reno, Nevada 89511
Tel:  (775) 327-3000
Fax: (702) 786-6179
Email: jgwent@hollandhart.com

*Attorneys for John Beach, Trustee of the
Beach Living Trust dated January 22, 1999*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>ANTHONY THOMAS and WENDI THOMAS<br><br>                            Debtors.<br><br> AT EMERALD, LLC          Debtors | Case No.:   BK-14-50333-gs<br>Chapter:    7<br><br>[Lead Case – Jointly Administered]<br><br>Case No.:   BK-14-50331-gs<br>Chapter:    7 |
| JOHN  BEACH,  AS  TRUSTEE  OF  THE BEACH LIVING TRUST DATED JANUARY 22, 1999,<br><br>                      Plaintiff,<br><br>vs.<br><br>ANTHONY THOMAS, WENDI THOMAS<br><br>                      Defendant. | **Adv. No. 14-5067-gs**<br><br>**ORDER APPROVING STIPULATION TO DISMISS** |

Upon consideration of the *Stipulation to Dismiss* (the "Stipulation") filed herein as ECF No. 84, and good cause appearing, it is hereby ordered as follows.

Page 1 of 2

13113330_1

1.   The Stipulation is approved and GRANTED.

2.   IT IS FURTHER ORDERED that all claims in the above-entitled action be dismissed without prejudice with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

# # #

Submitted by:

HOLLAND & HART LLP

*/s/ Joseph G. Went, Esq.*
_____
Timothy A. Lukas, Esq.
Joseph G. Went, Esq.
Holland & Hart LLP
5441 Kietzke, Lane, Second Floor
Reno, Nevada 89511
*Attorneys for John Beach, Trustee of the*
*Beach Living Trust dated January 22, 1999*

Holland & Hart LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511
Phone: (775) 327-3000 ♦ Fax: (775) 786-6179

13113330_1